IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01405-LTB-CBS

ADELHEID CARROLL,
    Plaintiff,

v.

MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska corporation, d/b/a MUTUAL OF OMAHA BANK, f/k/a PEAK NATIONAL BANK,
OMAHA FINANCIAL HOLDINGS INC., a Nebraska corporation, d/b/a MUTUAL OF OMAHA BANK, f/k/a PEAK NATIONAL BANK, and
ADP TOTALSOURCE MI VII, LLC, a Michigan corporation, d/b/a ADP TOTALSOURCE, PEAK NATIONAL BANK,
    Defendants.
_____

**ORDER**
_____

THIS MATTER comes before the Court, sua sponte for review. An Order to Show Cause was issued on December 10, 2008 giving Plaintiff up to and including January 5, 2009 to show cause why this matter should not be dismissed for failure to prosecute. To date no response has been filed or good cause shown. It is therefore

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                  BY THE COURT:

                  s/Lewis T. Babcock
                  Lewis T. Babcock, Judge

DATED: January 9, 2009