**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01405-LTB-CBS

ADELHEID CARROLL,
        Plaintiff,

v.

MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska corporation, d/b/a MUTUAL
      OF OMAHA BANK, f/k/a PEAK NATIONAL BANK,
OMAHA FINANCIAL HOLDINGS INC., a Nebraska corporation, d/b/a MUTUAL OF
      OMAHA BANK, f/k/a PEAK NATIONAL BANK, and
ADP TOTALSOURCE MI VII, LLC, a Michigan corporation, d/b/a ADP TOTALSOURCE,
PEAK NATIONAL BANK,
        Defendants.
_____

**ORDER**
_____


THIS MATTER having come before the Court on the Stipulated Motion to Dismiss

With Prejudice (Doc 5 - filed January 9, 2009), and the Court being fully advised in the

premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                        BY THE COURT:


                         s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   January 12, 2009